IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff/ ) <br> Respondent, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DOUGLAS D. BESS, ) <br> ) <br> ) <br> Defendant/ ) <br> Petitioner. ) <br> ) <br> _____) | No. CR-F-93-5072 OWW <br><br> ORDER DENYING DEFENDANT'S REQUESTS FOR APPOINTMENT OF COUNSEL TO REPRESENT HIM IN FILING MOTION FOR MODIFICATION OF IMPOSED TERM PURSUANT TO 18 U.S.C. § 3582(c)(1) |

On December 20 and 28, 2007, Douglas D. Bess, *proceeding in pro per*, filed requests for appointment of counsel to represent him in the filing of a motion for modification of imposed term of imprisonment pursuant to 18 U.S.C. § 3882(c)(1) because of the U.S. Sentencing Commission's retroactive amendment to the Sentencing Guidelines pertaining to sentences for possession or sale of crack cocaine.

The amendments to the Sentencing Guidelines do not become effective until March 3, 2008. Further, Petitioner is not

1

1  entitled under the Sixth Amendment to the appointment of counsel
2  to bring a motion pursuant to 18 U.S.C. § 3582(c); the
3  appointment of counsel for such purpose is within the discretion
4  of the District Court.  *United States v. Townsend*, 98 F.3d 510,
5  512-513 (9th Cir.1996).  Petitioner first must file his motion
6  for reduction of sentence pursuant to Section 3582(c)(1).
7  Thereafter, the Court will decide whether or not to exercise
8  discretion to appoint counsel to represent Petitioner in
9  resolving the motion.
10        IT IS SO ORDERED.
11 **Dated:   January 11, 2008**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE